**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**KISHON BIRCH,**

    **Plaintiff,**

v.                              **CASE NO.:   3:16-cv-1385-TJC-JRK**

**STEPHEN LUTZE, Individually,**
**ALLEN TAYLOR, Individually,**
**MIKE WILLIAMS, in his Official**
**Capacity as Sheriff of the City of**
**Jacksonville, and JOHN DOES,**
**Individually,**

    **Defendants.**

_____/

**CONSENT MOTION FOR**
**EXTENSION OF SCHEDULING DEADLINES**

**COMES NOW,** the Plaintiff, Kishon Birch, by and through his undersigned counsel, pursuant to Rule 16, Federal Rules of Civil Procedure, and hereby respectfully request that the Court modify the Order Granting Motion for Extension of Time [Doc. 40] due to upcoming depositions, and extend the deadlines relating to disclosure of expert reports, to allow the parties to complete depositions. In support thereof, Plaintiff and Defendants state as follows:

1.    The Order Granting Motion for Extension of Time [Doc. 40] in this case set Plaintiff's Disclosure of Expert Reports as October 30, 2019 and the deadline for Defendants' Disclosure of Expert Reports as November 15, 2019.

2.    The Parties have been substantially engaged in the discovery process. The depositions of Plaintiff Birch as well as Defendants Lutze and Taylor have been taken.

Mediation occurred on October 16, 2019 with Mediator Michael Coulson. The Parties have also conducted written discovery and intend to conduct additional depositions. The parties have been diligent and need the additional time to coordinate depositions and subsequently engage with experts prior to disclosure of expert reports.

3. The following new dates are requested:

A. Plaintiff's Expert Disclosure Deadline- November 29, 2019

B. Defendants' Expert Disclosure Deadline- December 6, 2019.

4. This motion is made for legitimate purposes and not for the purpose of unnecessary delay. The requested extensions should not interfere with any other deadlines in this case.

5. This request is made in good faith and is not for the purposes of delay. Counsel for Plaintiff has conferred with counsel for Defendants regarding the relief requested herein pursuant to M.D.Fla. L.R. 3.01. The Defendants have no objection to the requested extension of time.

**WHEREFORE**, Plaintiff Kishon Birch respectfully requests that this Court modify the Scheduling Order as set forth above.

Dated: October 29, 2019

Respectfully submitted,

*/s/ Neil Henrichsen*
Neil Henrichsen, Esq.
Florida Bar No.: 0111503
Victoria B. Kroell
Florida Bar No.: 1011020
HENRICHSEN LAW GROUP
300 W. Bay Street, Suite 1400
Jacksonville, Florida 32202
(904) 381-8183
nhenrichsen@hslawyers.com

vkroell@hslawyers.com  
service@hslawyers.com  
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                            By: */s/ Neil L. Henrichsen*  
                                                Neil L. Henrichsen