# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KISHON BIRCH,

    Plaintiff,

v.                                          Case No. 3:16-cv-1385-J-32JRK

STEPHEN LUTZE, individually, ALLEN
TAYLOR, individually, MIKE WILLIAMS,
in his official capacity as Sheriff of the
City of Jacksonville, and JOHN DOES,
individually,

    Defendants.

_____/

## FIFTH AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

The Court having previously granted the Consent Motions for Extension of Scheduling Deadlines (Docs. 40 and 44), it is hereby

**ORDERED:**

1. The following deadlines and settings apply:[1]

| | |
|---|---|
| Plaintiff's Disclosure of Expert Reports: | **November 29, 2019** |
| Defendants' Disclosure of Expert Reports: | **December 6, 2019** |
| Discovery Deadline: | **January 6, 2020** |

---

[1] The Court is sua sponte resetting all remaining pretrial and trial settings to give the Court sufficient time to decide any dispositive or Daubert motions before trial.

- 2 -

| | |
|---|---|
| Dispositive and Daubert Motions Deadline:<br>(Responses due 21 days after<br>Service unless otherwise ordered) | **February 7, 2020** |
| All Other Motions Including Motions in Limine: | **June 18, 2020** |
| Filing of Pretrial Statement: | **June 18, 2020** |
| Final Pretrial Conference: | **June 24, 2020**<br>**10:00 a.m.** |
| Trial Term Begins<br>(10 days - Jury) | **July 6, 2020**<br>**9:00 a.m.** |

2.  In all other respects, the parties shall continue to be governed by the terms of the Court's December 14, 2016, Case Management and Scheduling Order (Doc. 12).

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of November, 2019.

                                              **TIMOTHY J. CORRIGAN**
                                              United States District Judge

                                              By: /s/ Susan Jacoby
                                                   Deputy Clerk

md.
Copies to:
Counsel of Record